UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT FORT CAMPBELL, KENTUCKY

FILED
Jeffrey A. Apperson, Clerk
MAR 0 4 2010
U.S. DISTRICT CLERK
WESTERN DIST. KENTUCKY

UNITED STATES OF AMERICA

V.

JOSHUA A. LUNDRIGAN

INFORMATION

NO. 5:10MJ-75-K
18 U.S.C. 641

The United States Attorney charges:

## COUNT 1

On or about the 28th day of December 2009, in the Western District of Kentucky at Fort Campbell, Christian County, Kentucky, within the special maritime and territorial jurisdiction of the United States, JOSHUA A. LUNDRIGAN, defendant herein, did intentionally steal at the Main Post Exchange, one (1) pair of Armani sunglasses, value of $45.00, property of the Army, Air Force Exchange Service, a U.S. Agency.

In violation of Title 18, United States Code, Section 641.

CANDACE HILL
Acting United States Attorney

By: /s/ Michael Pfeffer
MICHAEL T. PFEFFER
Special Assistant U.S. Attorney

JOSHUA A. LUNDRIGAN

## PENALTIES

### COUNT 1

18 U.S.C. 641

MINIMUM:

MAXIMUM: $100,000 and 1 year confinement

SPECIAL ASSESSMENT: $25